UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANEICHKA MALDONADO and<br>MOISES ANGULO,<br><br>  Plaintiffs,<br><br>  v.<br><br>HL MOTOR GROUP, INC., et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No: 3:22 cv-817<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendants, HL Motor Group, Inc. ("Highlight"), and Igor Kvitnitsky ("Mr. Kvitnitsky"), by their attorneys, Lewis Brisbois Bisgaard & Smith LLP, pursuant to 28 U.S.C. §§ 1332(a) and 1441(b), hereby remove this action from the Superior Court Judicial District of Waterbury, Connecticut, to the United States District Court District of Connecticut. As grounds for this removal, defendants state as follows:

1. On June 3, 2022, plaintiffs served a Complaint in the Superior Court Judicial District of Waterbury, Connecticut, entitled *Daneichka Maldonado and Moises Angulo v. HL Motor Group, Inc., et al.*, upon defendants returnable on July 12, 2022. (*See* Exhibit 1).

2. Plaintiffs generally avers that they suffered severe personal injuries resulting from a July 6, 2020 motor vehicle collision in Waterbury, Connecticut with a vehicle owned by Highlight and operated by Mr. Kvitnitsky. (*Id.*).

3. Plaintiffs further avers that Plaintiff, Daneichka Maldonado, sustained "musculoskeletal injuries to her neck and back with associated pain and discomfort; left shoulder injury; right elbow injury; and all other injuries as are of yet unknown" (*Id.* at 3, ¶6) and that her injuries are "permanent in nature." (*Id.* at 3, ¶8).

4.    Plaintiffs also avers that Plaintiff, Moises Angulo, sustained "musculoskeletal injuries to his neck and back with associated pain and discomfort; disc bulge at L4-5 abutting the L4 nerve roots; left shoulder injury with separation and rotator cuff tear; and all other injuries as are of yet unknown" (*Id.* at 7, ¶6 and 5, ¶6) and that his injuries are permanent in nature. (*Id.* at 7, ¶8).

5.    In negotiations, plaintiffs have demanded settlement for amounts in excess of $75,000.00.

6.    On information and belief, Plaintiff, Daneichka Maldonado, is a resident and citizen of Michigan. (*See* Exhibit 2).

7.    On information and belief, Plaintiff, Moises Angulo, is a resident and citizen of Connecticut. (*Id.*).

8.    Highlight is a company that is organized and existing under the laws of Ontario, Canada. (*See* Exhibit 3 at ¶3).

9.    For purposes of determining diversity jurisdiction, Highlight is a citizen of Ontario, Canada because its principal place of business, offices and distribution center are located in Ontario, Canada. (*Id.* at ¶¶4-5).

10.   The vehicle operated by Igor Kvitnitsky at the time of the motor vehicle accident described in the Plaintiff's Complaint, was owned by Highlight. (*Id.* at ¶10).

11.   On July 6, 2020, while engaged in the activity described in the Complaint in this matter, Mr. Kvitnitsky was an employee of Highlight. (*Id.* at ¶8).

12.   Mr. Kvitnitsky resides in and is a citizen of Ontario, Canada. (*Id.* at ¶9).

13.   Here, there is complete diversity between plaintiffs and defendants and the amount in controversy exceeds $75,000.00 as required by 28 U.S.C. § 1441(b).

14. By reason of the foregoing, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a). There is complete diversity of citizenship, and the amount in controversy exceeds $75,000.00, exclusive of costs. Removal of the state court action to this Court is therefore appropriate under 28 U.S.C. § 1441(b).

15. Removal of this action is timely under 28 U.S.C. § 1446(b) because this Notice of Removal was filed within thirty days after receipt by the defendants, through service or otherwise, of a copy of the pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. Moreover, this Notice of Removal was filed within one year after commencement of the action.

16. Pursuant to 28 U.S.C. § 1446(d), contemporaneous with this filing, defendants are serving a copy of this Notice of Removal upon plaintiff and will file a copy of this Notice of Removal with the Clerk of the Superior Court Judicial District of Waterbury, Connecticut, once the action has been returned to Court by counsel for the plaintiffs.

17. Defendants reserve the right to supplement this Notice of Removal and/or to present additional arguments in support of their entitlement to removal.

18. Removal is hereby effected without waiver of any challenges that defendants may have to personal jurisdiction, venue or service of process. Further, no admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

WHEREFORE, Defendants, HL Motor Group, Inc. and Igor Kvitnitsky, hereby give notice of the removal of the above-referenced action now pending in the Superior Court Judicial District of Waterbury, Connecticut, to the United States District Court District of Connecticut.

Respectfully submitted,

HL Motor Group, Inc. and Igor Kvitnitsky,

By: /s/ *Christy Jachimowski*
    One of Defendants' Attorneys
    Christy Jachimowski
    Lewis Brisbois Bisgaard & Smith LLP
    185 Asylum Street
    Suite 2603
    Hartford, CT 06103
    (860) 748-4806 Phone
    (860) 748-4857 Facsimile
    Christy.Jachimowski@lewisbrisbois.com

    Michael T. Franz
    Lewis Brisbois Bisgaard & Smith LLP
    550 West Adams Street
    Suite 300
    Chicago, Illinois 60661
    Michael.Franz@lewisbrisbois.com
    (312) 463-3329 Phone
    (312) 345-1776 Facsimile

Date: June 27, 2022        *Attorneys for Defendants*

75944-39

**CERTIFICATE OF SERVICE**

This is to certify that on this 27th day of June, 2022, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system. Additional Notice of this filing will be sent to counsel for the plaintiffs electronically.

Tavi J. Dressler, Esq.
Dressler Strickland
84 Cedar Street
Hartford, CT  06106
T: 860-247-1122
tavi@dresslerlaw.com; litigation@dresslerlaw.com
(Counsel for Plaintiffs Daneichka Maldonado and Moises Angulo )

                                                                                 */s/ Christy E. Jachimowski*
                                                                                 Christy E. Jachimowski