UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANEICHKA MALDONADO and<br>MOISES ANGULO,<br><br>    Plaintiffs,<br><br>    v.<br><br>HL MOTOR GROUP, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No: 3:22 cv-817<br>)<br>)<br>)<br>) |

## DEFENDANTS' AGREED MOTION TO CONSOLIDATE

Defendants, HL Motor Group, Inc. and Igor Kvitnitsky, by their attorneys, Lewis Brisbois Bisgaard & Smith LLP, pursuant to Federal Rule of Civil Procedure 42(a)(2) and the agreement of all parties, request consolidation for the purposes of discovery and/or trial the matter of *Mario Guerrera v. Highlight Motor Group, Inc., et al.*, Case No. 3:22-cv-00943 (the "Guerrera Action") with this matter, *Daneichka Maldonado and Moises Angulo v. HL Motor Group, Inc. and Igor Kvitnitsky*, Case No. 3:22-cv-817 (the "Maldonado Action"), and in support, state as follows:

    1.    Both the Maldonado Action and the Guerrera Action arise out of the same motor vehicle accident on July 6, 2020 at or near Exit 22 on I-84 West in Waterbury, Connecticut. In both cases, plaintiff aver that a motor vehicle operated by Defendant, Igor Kvitnitsky, collided with the rear of a motor vehicle operated by Mario Guerrera, which was pushed into a vehicle operated by Daneichka Maldonado resulting in all claimed personal injuries. (*See* Exhibits 1 and 2).

    2.    Plaintiffs' counsel in the Maldonado Action agree to the consolidation of the Guerrera Action into the Maldonado Action.

3. Plaintiffs' counsel in the Guerrera Action also agree to the consolidation of the Guerrera Action into the Maldonado Action.

4. Federal Rule of Civil Procedure 42(a) provides that "[w]hen actions involving a common question of law or fact are pending before the court, it may 1) order a joint hearing or trial of any or all matters in the issue in the actions; 2) order all the actions consolidated; or 3) issue any other orders to avoid unnecessary cost or delay." FRCP 42(a).

5. District courts have broad discretion to consolidate multiple actions in order to avoid unnecessary costs or delay. *See Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284 (2nd Cir. 1990). The Second Circuit emphasized that factors such as judicial economy, general efficiency, and consistent adjudication must be balanced against the risk of prejudice and jury confusion. *Id.* at 1285. Consolidation is appropriate when actions share common parties, factual allegations, and legal issues. *See DeSouza v. Park W. Apartments, Inc.*, 2017 U.S. Dist. LEXIS 221235, 2017 WL 10926753, at *2 (D. Conn. 2017).

6. Here, the Maldonado Action and the Guerrera Action are both pending in the District of Connecticut. Both cases stem from the same motor vehicle accident and involve the same causes of action under Connecticut law and thus have substantial overlap in questions of law and fact. Consolidation will save substantial judicial time and effort and will also save the parties significant litigation costs as both cases include substantially the same witnesses and evidence, sans damages.

7. Moreover, Defendant, Igor Kvitnitsky, will be a witness in both actions and is represented by the same counsel. Should these actions not be consolidated into a single proceeding, defendants will defend the cases with similar defenses, witnesses, parties, attorneys, and assigned judges will all have to duplicate their efforts.

8. Furthermore, both actions are in the pleadings stage and have not progressed to the point where consolidation would result in substantial delay of either case. Because consolidating these actions will considerably advance judicial economy and reduce the burdens of litigation for all parties without causing prejudicial delay or jury confusion, the Honorable Court should grant consolidation.

WHEREFORE, Defendants, HL Motor Group, Inc. and Igor Kvitnitsky, move for consolidation of the matter of *Mario Guerrera v. Highlight Motor Group, Inc., et al.*, Case No. 3:22-cv-00943 with *Daneichka Maldonado and Moises Angulo v. HL Motor Group, Inc. and Igor Kvitnitsky*, Case No. 3:22-cv-817, for purposes of discovery and/or trial, and for any further relief as this Court deems just and proper.

Respectfully submitted,

HL Motor Group, Inc. and George Kvitnitsky,

Christy Jachimowski
Lewis Brisbois Bisgaard & Smith LLP
185 Asylum Street
Suite 2603
Hartford, CT 06103               By:/s/ *Michael T. Franz*
Christy.Jachimowski@lewisbrisbois.com         One of Defendants' Attorneys
(860) 748-4806 Phone
(860) 748-4857 Facsimile

Michael T. Franz, *Pro Hac Vice*
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street
Suite 300
Chicago, Illinois 60661
Michael.Franz@lewisbrisbois.com
(312) 463-3329 Phone
(312) 345-1776 Facsimile

Date: August 26, 2022

*Attorneys for Defendants*

75944-39